# EXHIBIT 1

Employee Information

| Entity | Name | Lay Off Date |
|---|---|---|
| DBCC | Anderson Michael | 11/25/13 |
| DBCC | Cook Andrew | 11/25/13 |
| DBCC | Depta Doug | 11/25/13 |
| DBCC | Dixon Timothy | 11/25/13 |
| DBCC | Edwards Michael | 11/25/13 |
| DBCC | Golden Charles | 11/25/13 |
| DBCC | Hall Ernie | 11/25/13 |
| DBCC | Horn William | 11/25/13 |
| DBCC | Howerton Randy | 11/25/13 |
| DBCC | Jarrell, A | 11/25/13 |
| DBCC | Kinser Matthew | 11/25/13 |
| DBCC | Lusk Christopher | 11/25/13 |
| DBCC | Marcum Johnathan | 11/25/13 |
| DBCC | McGraw Kenneth | 11/25/13 |
| DBCC | McMillion Stephen | 11/25/13 |
| DBCC | Mitchem Kenneth | 11/25/13 |
| DBCC | Paynter Gary | 11/25/13 |
| DBCC | Paynter Matthew | 11/25/13 |
| DE | Sloan, James | |
| DBCC | Scott Ronnie | 11/25/13 |
| DBCC | Sturgill Randall | 11/25/13 |
| DBCC | Ray Michael | 12/17/13 |
| DBCC | Adkins Floyd | 12/19/13 |
| DBCC | Atwood John | 12/19/13 |
| DBCC | Bailey Justin | 12/19/13 |
| DBCC | Blankenship Joshua | 12/19/13 |
| DE | Grimmett, Albert | |
| DE | Thornsbury, Jack | |
| DBCC | Blankenship Kevin | 12/19/13 |
| DBCC | Clemins Roger | 12/19/13 |
| DBCC | Cline Hassell G. | 12/19/13 |
| DE | Steele, Tracy | |
| DBCC | Cook David | 12/19/13 |
| DBCC | Coomes Johnathan | 12/19/13 |
| DBCC | Dunlap Charlie | 12/19/13 |
| DBCC | Goff Shawn | 12/19/13 |
| DBCC | Hall Erby | 12/19/13 |
| DBCC | Helm Antoine | 12/19/13 |
| DBCC | Johnston Eric | 12/19/13 |
| DBCC | Lowe James | 12/19/13 |
| DBCC | Lowery James Eric | 12/19/13 |
| DBCC | Manning Harold | 12/19/13 |
| DBCC | Massey Randy | 12/19/13 |
| DBCC | Maynard Dalley | 12/19/13 |

Employee Information

| Entity | Name | Lay Off Date |
|---|---|---|
| DBCC | Monk Wayne | 12/19/13 |
| DBCC | New Roy | 12/19/13 |
| DBCC | Newman Ronald | 12/19/13 |
| DBCC | Osborne Harvey | 12/19/13 |
| DBCC | Osborne James | 12/19/13 |
| DBCC | Peake Ronald | 12/19/13 |
| DBCC | Perry Brian | 12/19/13 |
| DE | Dempsey, Lesley | |
| DBCC | Sammons Rodney | 12/19/13 |
| DBCC | Simms Matthew | 12/19/13 |
| DE | Schram, Matthew | |
| DBCC | Smith Brian | 12/19/13 |
| DBCC | Smith Keith | 12/19/13 |
| DBCC | Sturgill Clayton | 12/19/13 |
| DBCC | Thornsbury David | 12/19/13 |
| DBCC | Tilley Jerry | 12/19/13 |
| DBCC | Toler Jeff | 12/19/13 |
| DBCC | Wade Roger | 12/19/13 |
| DBCC | Wall Richard | 12/19/13 |
| DBCC | Young Thomas J | 12/19/13 |
| DBCC | Elliott Clyde | 12/30/13 |
| DE | Adkins, Frank | 12/30/13 |
| DE(JHM) | Baisden, Byron | 12/30/13 |
| DE(JHM) | Baisden, Charles | 12/30/13 |
| DE | Baisden, Greg | 12/30/13 |
| DE(JHM) | Baisden, Gregory S. | 12/30/13 |
| DE | Bevins, Jerry | 11/25/13 |
| DE | Blackburn, John | 11/25/13 |
| DE | Brown, Jonathan | 11/25/13 |
| DE | Browning, Lannie K. | 11/25/13 |
| DE | Browning, Rick | 11/25/13 |
| DE | Browning, Stevie | 12/30/13 |
| DE | Burdette, Peter | 12/30/13 |
| DE | Burks, Larry | 12/30/13 |
| DE | Chambers, Brandon | 12/30/13 |
| DE(JHM) | Charles, Sonny J. | 12/30/13 |
| DE | Clary, Ben | 12/30/13 |
| DE(JHM) | Cline, Chad | 12/30/13 |
| DE | Cline, Dalis | 11/25/13 |
| DE | Cline, Robert Greg | 12/30/13 |
| DE | Cloud, Charles | 12/30/13 |
| DE | Colegrove, Donald | 11/25/13 |
| DE | Coughlin, David | 12/30/13 |
| DE | Davis, Eric Todd | 12/30/13 |

Employee Information

| Entity | Name | Lay Off Date |
|---|---|---|
| DE | Maynard, Raymond Earl Jr | 11/25/13 |
| DE | Mayo, Roger | 11/25/13 |
| DE | McClung, Adam | 11/25/13 |
| DE(JHM) | McComas, Thomas | 12/30/13 |
| DE | McCoy, Bruce | 12/30/13 |
| DE | McDonald, Howard | 11/25/13 |
| DE | Mitchell, Jeff | 12/30/13 |
| DE | Moore, Joey | 11/25/13 |
| DE | Mounts, Dwayne | 12/30/13 |
| DE | Mullins, Michael | 11/25/13 |
| DE | Ooten, Nicholas | 11/25/13 |
| DE | Osborne, Chris | 12/30/13 |
| DE | Pacific, Adery Keith | 12/30/13 |
| DE | Perkins, Anthony | 12/30/13 |
| DE | Pinson, Joey | 12/30/13 |
| DE | Puckett, Bruce | 12/30/13 |
| DE | Puckett, Wesley | 12/30/13 |
| DE | Russell, Doug | 12/30/13 |
| DE | Sammons, Brandon | 12/30/13 |
| DE | Sammons, Virgil | 11/25/13 |
| DE | Sanders, Joe | 12/30/13 |
| DE(JHM) | Hatfield, Durik | |
| DE | Kenneda, Darren | |
| DE(JHM) | Sheppard, Herrick | 12/30/13 |
| DE | Sloan, Gary L. | 11/25/13 |
| DE | Sloan, Jeremy | 12/30/13 |
| DE | Sloan, William M. | 11/25/13 |
| DE(JHM) | Sowards, Eric | 12/30/13 |
| DE | Suggs, Blaine | 11/25/13 |
| DE | Taylor, Eddie | 12/30/13 |
| DE | Taylor, Jackie | 12/30/13 |
| DE | Taylor, Jimmy | 11/25/13 |
| DE | Tiller, Aaron | 12/30/13 |
| DE | Tiller, Bryan | 12/30/13 |
| DE | Tiller, James Randall | 12/30/13 |
| DE(JHM) | Tilley, Charles | 12/30/13 |
| DE | Toler, Brian | 12/30/13 |
| DE | Toler, Darrin | 12/30/13 |
| DE | Toler, Joshua | 11/25/13 |
| DE(JHM) | Toler, Lacy | 12/30/13 |
| DE | Toler, Randy | 12/30/13 |
| DE | Toler, Ronald | 11/25/13 |
| DE | Vance, Lannie | 11/25/13 |
| DE | Vanover, David | 11/25/13 |

Employee Information

| Entity | Name | Lay Off Date |
|---|---|---|
| DE | Justice, Chris | |
| DE | Doty, Larry | 11/25/13 |
| DE(JHM) | Dove, Nicholas | 11/25/13 |
| DE | Ellis, Michael | 11/25/13 |
| DE | Ellis, Wesley | 11/25/13 |
| DE(JHM) | Fields, Jeff | 12/30/13 |
| DE | Fortner, Aaron | 12/30/13 |
| DE | Gentry, Adam | 12/30/13 |
| DE | Goins, Jerry | 12/30/13 |
| DE | Graham, William | 12/30/13 |
| DE | Hall, Johnny | 12/30/13 |
| DE | Hamrick, Josh | 11/25/13 |
| DE(JHM) | Hatfield, Christopher | 12/30/13 |
| DE | Hatfield, Dakoda | 11/25/13 |
| DE | Hatfield, Danny | 11/25/13 |
| DE | Hatfield, David | 11/25/13 |
| DE | Hatfield, Jamie | 12/30/13 |
| DE(JHM) | Hatfield, Joshua | 12/30/13 |
| DE | Hatfield, Ronald | 11/25/13 |
| DE | Hatfield, Wendell | 11/25/13 |
| DE | Hawks, Jason | 12/30/13 |
| DE | Haynes, Johnathan | 11/25/13 |
| DE | Jackson, Cory | 11/25/13 |
| DE | Jenkins, Doug | 12/30/13 |
| DE | Jewell, James | 12/30/13 |
| DE | Jones, Johnny | 12/30/13 |
| DE | Jordan, David | 12/30/13 |
| DE | Kennedy, Mark Brad | |
| DE | Severt, Dave | |
| DE(JHM) | Hatfield, Lacy | |
| DE | Kennedy, Wayne | 12/30/13 |
| DE | Kirk, Floyd | 11/25/13 |
| DE | Kirk, George | 11/25/13 |
| DE | Lambert, Bill | 12/30/13 |
| DE | Lambert, Greg | 12/30/13 |
| DE | Lambert, Jeremiah | 12/30/13 |
| DE | Layne, Brandon | 12/30/13 |
| DE | Lester, Mark | 12/30/13 |
| DE | Lester, Troy | 11/25/13 |
| DE | Lusk, David | 12/30/13 |
| DE | May, Steven | 11/25/13 |
| DE | Maynard, Blaine | 11/25/13 |
| DE | Maynard, Donald | 11/25/13 |
| DE | Maynard, Jeremy | 11/25/13 |

Employee Information

| Entity | Name | Lay Off Date |
|---|---|---|
| DE | Vanover, Randy | 12/30/13 |
| DE(JHM) | Varney, Ricky | 12/30/13 |
| DE | Waddell, Ralph | 12/30/13 |
| DE | Wallace, Perry | 11/25/13 |
| DE | Walls, Danny | 12/30/13 |
| DE(JHM) | Walls, Timothy | 12/30/13 |
| DE | White, Matthew | 11/25/13 |
| DE | Williams, Brandon | 12/30/13 |
| DE | Williamson, John | 11/25/13 |
| DE(JHM) | Wittekind, Douglas | 12/30/13 |
| DE | Wolford, Jeffrey | 11/25/13 |
| DBCC | Ellis Kennith | |
| DBCC | Bishop Dave | |
| DBCC | Haynes Thomas | |
| DBCC | Lusk Freddie | |
| DBCC | Barker Mike | |
| DBCC | Graham Billy | |
| DBCC | Robinson Marques | |
| DBCC | Lusk Dale | |
| DBCC | Toler Anthony | |
| DBCC | Goodman Denver | |
| DBCC | Lester Dickie G. | |
| DBCC | Neace, Steve | |
| DBCC | Canterbury Mike | |
| | **200** | **175** |