|    | A          | B          | C | D | E                                  | F | G | H |
|----|------------|------------|---|---|------------------------------------|---|---|---|
| 1  | Adkins     | Wallace    |   |   |                                    |   |   |   |
| 2  | Baisden    | Gregory    |   |   | **EXHIBIT A**                      |   |   |   |
| 3  | Baisden    | Byron      |   |   | **Class members to be paid**       |   |   |   |
| 4  | Baisden    | Charles    |   |   | **$9,100 pursuant to**             |   |   |   |
| 5  | Browning   | Lannie     |   |   | **3/29/2018 Mem. Op. & Order (ECF 43)** |   |   |   |
| 6  | Burks      | Larry      |   |   |                                    |   |   |   |
| 7  | Chambers   | Brandon M. |   |   |                                    |   |   |   |
| 8  | Charles    | Sonny J.   |   |   |                                    |   |   |   |
| 9  | Cline      | Dalis J.   |   |   |                                    |   |   |   |
| 10 | Cline      | Chad       |   |   |                                    |   |   |   |
| 11 | Colegrove  | Donald     |   |   |                                    |   |   |   |
| 12 | Dove       | Nicholas   |   |   |                                    |   |   |   |
| 13 | Ellis      | Michael    |   |   |                                    |   |   |   |
| 14 | Ellis      | Wesley     |   |   |                                    |   |   |   |
| 15 | Fields     | Jeff       |   |   |                                    |   |   |   |
| 16 | Hall       | Johnny L.  |   |   |                                    |   |   |   |
| 17 | Hatfield   | David W.   |   |   |                                    |   |   |   |
| 18 | Hatfield   | Dakoda     |   |   |                                    |   |   |   |
| 19 | Hatfield   | Lacy       |   |   |                                    |   |   |   |
| 20 | Hatfield   | Christopher|   |   |                                    |   |   |   |
| 21 | Hatfield   | Joshua     |   |   |                                    |   |   |   |
| 22 | Hatfield   | Durik      |   |   |                                    |   |   |   |
| 23 | Jones      | Johnny L.  |   |   |                                    |   |   |   |
| 24 | Jordan     | David      |   |   |                                    |   |   |   |
| 25 | May        | Steven R.  |   |   |                                    |   |   |   |
| 26 | Maynard    | Donald     |   |   |                                    |   |   |   |
| 27 | Maynard    | Raymond E. |   |   |                                    |   |   |   |
| 28 | Mayo       | Roger      |   |   |                                    |   |   |   |
| 29 | McComas    | Thomas     |   |   |                                    |   |   |   |
| 30 | McDonald   | Howard     |   |   |                                    |   |   |   |
| 31 | McLung     | Adam L.    |   |   |                                    |   |   |   |
| 32 | Sheppard   | Herrick    |   |   |                                    |   |   |   |
| 33 | Sloan      | William    |   |   |                                    |   |   |   |
| 34 | Sowards    | Eric       |   |   |                                    |   |   |   |
| 35 | Sugg, Jr.  | Blaine G.  |   |   |                                    |   |   |   |
| 36 | Tilley     | Charles    |   |   |                                    |   |   |   |
| 37 | Toler      | Lacy       |   |   |                                    |   |   |   |
| 38 | Toler      | Darrin     |   |   |                                    |   |   |   |
| 39 | Vance      | Lannie     |   |   |                                    |   |   |   |
| 40 | Vanover    | David      |   |   |                                    |   |   |   |
| 41 | Vanover    | Randy      |   |   |                                    |   |   |   |
| 42 | Varney     | Ricky      |   |   |                                    |   |   |   |
| 43 | Waddell    | Ralph T.   |   |   |                                    |   |   |   |
| 44 | Walls      | Timothy    |   |   |                                    |   |   |   |
| 45 | Wittekind  | Douglas    |   |   |                                    |   |   |   |