|    | Last      | First        |                              |
|----|-----------|--------------|------------------------------|
| 1  | Baisden   | Gregory      |                              |
| 2  | Bevins    | Jerry T.    |                              |
| 3  | Blackburn | Johnny W.   |                              |
| 4  | Brown     | Jonathan C. |                              |
| 5  | Browning  | Ricky H.    | **Exhibit B - $135.13 apiece** |
| 6  | Browning  | Steve J.    |                              |
| 7  | Burdette  | Peter M.    |                              |
| 8  | Clary     | Thomas B.   |                              |
| 9  | Cline     | David W.    |                              |
| 10 | Cline     | Robert G.   |                              |
| 11 | Cloud     | Charles F.  |                              |
| 12 | Coughlin  | David E.    |                              |
| 13 | Davis     | Eric T.     |                              |
| 14 | Doty      | Larry E.    |                              |
| 15 | Fortner   | Aaron W.    |                              |
| 16 | Gentry    | Adam H.     |                              |
| 17 | Goin, Sr. | Jerry W.    |                              |
| 18 | Graham    | William J.  |                              |
| 19 | Hamrick   | Joshua K.   |                              |
| 20 | Hatfield  | Danny F.    |                              |
| 21 | Hatfield  | Jamie Ray   |                              |
| 22 | Hatfield  | Ronald F.   |                              |
| 23 | Hatfield  | Wendell L.  |                              |
| 24 | Hawks     | Jason T.    |                              |
| 25 | Haynes    | Johnathan L.|                              |
| 26 | Jackson   | Corey A.    |                              |
| 27 | Jenkins   | Douglas A.  |                              |
| 28 | Jewell    | James R.    |                              |
| 29 | Kennedy   | Wayne S.    |                              |
| 30 | Kirk      | Floyd M.    |                              |
| 31 | Kirk      | George E.   |                              |
| 32 | Lambert   | Billy R.    |                              |
| 33 | Lambert   | Gregory D.  |                              |
| 34 | Lambert   | Jeremiah N. |                              |
| 35 | Layne     | Brandon L.  |                              |
| 36 | Lester    | Mark D.     |                              |
| 37 | Lester    | Tory M.     |                              |
| 38 | Lusk      | David H.    |                              |
| 39 | Maynard   | Blaine T.   |                              |
| 40 | Maynard   | Jeremy E.   |                              |

| # | Last Name | First Name |
|---|---|---|
| 41 | McCoy | Bruce L. |
| 42 | Mitchell | Jeffrey A. |
| 43 | Moore | Joey L. |
| 44 | Mounts | Dwayne S. |
| 45 | Mullins | Michael S. |
| 46 | Ooten III | Nicholas |
| 47 | Osborne | Christopher L. |
| 48 | Pacific | Adery K. |
| 49 | Perkins | Anthony W. |
| 50 | Pinson | Joseph B. |
| 51 | Puckett | Bruce W. |
| 52 | Puckett | Wesley D. |
| 53 | Russell | Douglas L. |
| 54 | Sammons | Brandon S. |
| 55 | Sammons, Jr. | Virgil L. |
| 56 | Sanders | Joseph R. |
| 57 | Sloan | Gary L. |
| 58 | Sloan | Jeremy S. |
| 59 | Taylor | Eddie D. |
| 60 | Taylor | Jackie R. |
| 61 | Taylor | Jimmy R. |
| 62 | Tiller | Aaron L. |
| 63 | Tiller | Bryan R. |
| 64 | Tiller | James Randall |
| 65 | Toler | Brian K. |
| 66 | Toler | Joshua D. |
| 67 | Toler | Randy J. |
| 68 | Toler | Ronald M. |
| 69 | Wallace | Perry D. |
| 70 | Walls | Danny H. |
| 71 | White | Matthew L. |
| 72 | Williams | Brandon A. |
| 73 | Williamson | John R. |
| 74 | Wolford | Jeffrey G. |