IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DAVID JORDAN,

          Plaintiff,

v.                          CIVIL ACTION NO.   5:16-cv-04413

MECHEL BLUESTONE, INC.
and DYNAMIC ENERGY, INC.,

          Defendants.

**ORDER**

The Court, having considered the Plaintiff's *Reply to Defendants' Response to Motion to Enforce Settlement* (Document 63), wherein the Plaintiff seeks to withdraw the Plaintiff's *Motion to Enforce Settlement* (Document 59), **ORDERS** that the *Motion to Enforce Settlement* (Document 59) be **TERMINATED AND WITHDRAWN**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                                        ENTER:      November 19, 2018

                                        IRENE C. BERGER
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF WEST VIRGINIA